UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:08-cr-535-T-23MAP

MELISSA NICOLAU
_____/

**ORDER DIRECTING THE FILING OF CORRESPONDENCE**

On June 17, 2010, the court received correspondence by Melissa Nicolau, which seeks modification of the judgment and commitment order. Specifically, Nicolau seeks waiver of restitution payments while incarcerated. The Clerk is instructed to file the correspondence as a motion for modification of judgment[*] **The Clerk shall also send a copy of this order to the defendant**.

Nicolau pleaded guilty to counts four and six of the indictment. The sentencing occurred on June 29, 2009, and the judgment was signed and filed on July 1, 2009. Nicolau filed no appeal. The judgment is final. Because the motion identifies no "error" in the judgment within the purview of Rules 35 and 36 of the Federal Rules of Criminal Procedure, the court is without authority to alter or amend the judgment. The motion is **DENIED**.

ORDERED in Tampa, Florida, on June 23, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[*] Local Rule 3.01(f) provides that (1) all applications requesting relief shall be presented in appropriate form pursuant to Local Rule 1.05 (**not** in letter form) and (2) shall be forwarded to the Clerk of the Court (**not** to the assigned judicial officer).